**IN RE: Paul Gene ROCKWOOD, Jr., Petitioner**

**No. 17-1691**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R. App. P. May 4, 2017

(Opinion filed: May 9, 2017)

Paul Gene Rockwood, Jr., Pro Se

Timothy S. Judge, Esq., Office of United States Attorney, Scranton, PA, Kate L. Mershimer, Esq., Office of United States Attorney, Harrisburg, PA, for Defendant-Respondent

Before: SHWARTZ, NYGAARD, and FISHER, Circuit Judges

OPINION *

PER CURIAM

In February 2016, Paul Gene Rockwood, Jr. filed a petition pursuant to 28 U.S.C. § 2241 in the United States District Court for the Middle District of Pennsylvania. By order and memorandum entered on April 28, 2017, the District Court denied Rockwood's § 2241 petition and declined to issue a certificate of appealability. Rockwood now seeks a writ of mandamus directing the District Court to act on his § 2241 petition. Because the District Court has already denied Rockwood's § 2241 petition, we will dismiss as moot his petition

_____
\* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not

for a writ of mandamus. See In re Austrian & German Holocaust Litig., 250 F.3d 156, 162-63 (2d Cir. 2001) (per curiam) (mandamus petition requesting that court of appeals compel district court action generally may be dismissed as moot upon district court's entry of final order).

constitute binding precedent.